# UNITED STATES DISTRICT COURT
for the

Southern District of Alabama

| United States of America | ) | | |
|---|---|---|---|
| v. | ) | | |
| Elisha Brianna Stringfellow | ) | Case No: | 11-00356-002 |
| | ) | USM No: | 12420-003 |
| Date of Original Judgment: Sept. 18, 2012 | ) | | |
| Date of Previous Amended Judgment: | ) | Sid Harrell | |
| *(Use Date of Last Amended Judgment if Any)* | | *Defendant's Attorney* | |

## ORDER REGARDING MOTION FOR SENTENCE REDUCTION PURSUANT TO 18 U.S.C. § 3582(c)(2)

Upon motion of ☑ the defendant ☐ the Director of the Bureau of Prisons ☐ the court under 18 U.S.C. § 3582(c)(2) for a reduction in the term of imprisonment imposed based on a guideline sentencing range that has subsequently been lowered and made retroactive by the United States Sentencing Commission pursuant to 28 U.S.C. § 994(u), and having considered such motion, and taking into account the policy statement set forth at USSG §1B1.10 and the sentencing factors set forth in 18 U.S.C. § 3553(a), to the extent that they are applicable,

**IT IS ORDERED** that the motion is:
☑ DENIED.  ☐ GRANTED and the defendant's previously imposed sentence of imprisonment *(as reflected in the last judgment issued)* of _____ months **is reduced to** _____.

*(Complete Parts I and II of Page 2 when motion is granted)*

**ADDITIONAL COMMENTS**

Although Stringfellow's guidelines would be lowered by the current amendment to the guidelines, at the time of sentencing the Court varied downward to the mandatory minimum of 60 months. Therefore, Stringfellow would not benefit from a guideline recalculation.

Except as otherwise provided, all provisions of the judgment dated _____ shall remain in effect.
**IT IS SO ORDERED**.

Order Date: November 21, 2014        /s/ Callie V. S. Granade
                                      *Judge's signature*

Effective Date: _____                United States District Judge
*(if different from order date)*      *Printed name and title*